| AO 10<br>Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2014 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>WEISSBRODT, ARTHUR S. | 2. Court or Organization<br><br>U.S. BANKRUPTCY COURT, N.D. CA | 3. Date of Report<br><br>07/01/2015 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. Bankruptcy Judge - Active | 5a. Report Type (check appropriate type)<br>☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 6. Reporting Period<br><br>1/1/2014<br>to<br>12/31/2014 |
| 7. Chambers or Office Address<br><br>United States Bankrtupcy Court<br>280 S. First Street, Rm. 3035<br>San Jose, CA 95113 | | |
| *IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.* | | |

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| WEISSBRODT, ARTHUR S. | 07/01/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 12/30/2014 | IRA Death Distribution (source of distribution was partial sale of Questar Corp. stock (Part VII, no. 45) | $5,589.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2014 | Retirement income (government retirement) |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | California Bankruptcy Forum | 05/16/14 to 05/18/14 | Santa Barbara, California | Educational program | lodging, travel and meals |
| 2. | National Conference of Bankruptcy Judges | 10/07/14 to 10/09/14 | Chicago, Illinois | Educational program | lodging, travel and meals |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **WEISSBRODT, ARTHUR S.** | 07/01/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WEISSBRODT, ARTHUR S. | 07/01/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Lot, Rehoboth, DE (bought 1987 for $42,500) | | None | K | R | | | | | |
| 2. Lot, Atl. City, NJ (bought 1988 for $5000) | | None | J | R | | | | | |
| 3. Capital One Account | A | Interest | J | T | | | | | |
| 4. Merrill Lynch, CMAS, part IRA | A | Int./Div. | J | T | | | | | Cash MMF Only |
| 5. T. Rowe Price Prime Reserve MMA | A | Dividend | L | T | | | | | cash MMA only |
| 6. Wells Fargo Bank Accounts | A | Interest | N | T | | | | | |
| 7. Treasury Bonds, part IRA | A | Interest | J | T | | | | | |
| 8. T. Rowe Price Growth & Inc. MF - IRA | A | Dividend | M | T | | | | | |
| 9. Meriwest Credit Union Account | | None | J | T | | | | | |
| 10. McDonald's Corp Common | D | Dividend | M | T | | | | | |
| 11. Fidelity Magellan Fund - IRA | A | Dividend | K | T | | | | | |
| 12. Fidelity Independence Fund - IRA | A | Dividend | K | T | | | | | |
| 13. Schwab MMFs and Schwab Bank | A | Int./Div. | M | T | | | | | Cash MMF & bank accts only |
| 14. Invesco Energy MF | A | Dividend | K | T | | | | | |
| 15. Black Rock Muniyield CA | A | Dividend | J | T | | | | | |
| 16. Invesco Diverse Dividends MF | A | Dividend | J | T | | | | | |
| 17. Invesco European Growth Fd. | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WEISSBRODT, ARTHUR S. | 07/01/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Intel Common | A | Dividend | J | T | | | | | |
| 19. Oracle Common | A | Dividend | K | T | | | | | |
| 20. Johnson & Johnson Common | A | Dividend | K | T | | | | | |
| 21. Schlumberger Common | A | Dividend | K | T | | | | | |
| 22. Transocean Inc. Common | A | Dividend | J | T | | | | | |
| 23. Linear Tech Common | A | Dividend | J | T | | | | | |
| 24. Maxim Common | A | Dividend | J | T | | | | | |
| 25. Fidelity Spartan U.S. Equity Index - IRA | A | Dividend | J | T | | | | | |
| 26. Chase Bank account | A | Interest | K | T | | | | | |
| 27. Amgen Common | B | Dividend | L | T | | | | | |
| 28. Pfizer Common | A | Dividend | J | T | | | | | |
| 29. Prologis Trust REIT | A | Interest | J | T | | | | | |
| 30. Zimmer Holdings Common | A | Dividend | J | T | | | | | |
| 31. Morgan Stanley Smith Barney brokerage accounts - part IRA: | | None | | | | | | | |
| 32. - AT&T Common -- IRA | A | Dividend | J | T | | | | | |
| 33. - Energizer Hldgs. Common - IRA | A | Dividend | J | T | | | | | |
| 34. - NY Comm. VCV - IRA | A | Interest | J | T | | | | | |

1. Income Gain Codes:      A =$1,000 or less        B =$1,001 - $2,500        C =$2,501 - $5,000        D =$5,001 - $15,000        E =$15,001 - $50,000
  (See Columns B1 and D4)   F =$50,001 - $100,000    G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes            J =$15,000 or less      K =$15,001 - $50,000       L =$50,001 - $100,000      M =$100,001 - $250,000
  (See Columns C1 and D3)   N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
                          P3 =$25,000,001 - $50,000,000                      P4 =More than $50,000,000
3. Value Method Codes     Q =Appraisal            R =Cost (Real Estate Only)  S =Assessment            T =Cash Market
  (See Column C2)          U =Book Value           V =Other                   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| WEISSBRODT, ARTHUR S. | 07/01/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.   - Amazon Common- IRA | | None | J | T | | | | | |
| 36.   - American Express Common - IRA | A | Dividend | J | T | | | | | |
| 37.   - Marriott Common - IRA | A | Dividend | J | T | | | | | |
| 38.   - Team Health Hldgs - IRA | | None | J | T | | | | | |
| 39.   - Goldman Sachs Floating PFD - IRA | A | Dividend | J | T | | | | | |
| 40.   - Morgan Stanley Private Bank | A | Interest | K | T | | | | | |
| 41.   - MS Liquid Asset Fd - IRA | A | Dividend | J | T | | | | | |
| 42.   - Fact Set Research Sys - IRA | A | Dividend | J | T | | | | | |
| 43.   - Bunge Ltd. Common - IRA | A | Dividend | J | T | | | | | |
| 44.   - Allergan Common - IRA | A | Dividend | J | T | | | | | |
| 45.   - Questar Corp. Common - IRA | A | Dividend | J | | | | | | |
| 46.   - Google Common - IRA | | None | J | T | | | | | |
| 47.   - Halliburton Common - IRA | A | Dividend | J | T | | | | | |
| 48.   - Hershey Common - IRA | A | Dividend | J | T | | | | | |
| 49.   - CVS Caremark - IRA | A | Dividend | J | T | | | | | |
| 50.   - PG&E Corp - IRA | A | Dividend | J | T | | | | | |
| 51.   - Iron Mountain - IRA | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WEISSBRODT, ARTHUR S. | 07/01/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - United Rentals - IRA | | None | J | T | | | | | |
| 53. - TE Connectivity Common - IRA | A | Dividend | J | T | | | | | |
| 54. Synchrony Bank | B | Interest | M | T | | | | | |
| 55. Star One Credit Union Account | A | Interest | L | T | | | | | |
| 56. California State Bond | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WEISSBRODT, ARTHUR S. | 07/01/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Line 54 -- GE Capital Bank name was changed to Synchrony Bank on 6/2/14.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ **ARTHUR S. WEISSBRODT**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544